Alfred J. Landegger, Esq. - State Bar No. 84419
Larry C. Baron - State Bar No. 153386
LANDEGGER, BARON & LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone:  (818) 986-7561
Facsimile:   (818) 986-5147

Attorneys for Plaintiff First Mountain Bank

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MOUNTAIN BANK, | Case No.: ED-CV-00113-AHM (RZx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | Judge: Hon A. Howard Matz |
| | Courtroom: 14 |
| DENNIS L. SHOLLENBURG, an individual; and HAZEL M. HAGY, an individual; VICKY L. MELTON, an individual; BRENDA KNUDSON, an individual, and ROBERT J. HAGY, an individual, and DOES 1 through 100, Inclusive, | |
| Defendants | |

Pursuant to Federal Rules of Civil Procedure section 41(a)(1), the above captioned action is dismissed with prejudice as to Defendants Hazel M. Hagy, Robert Hagy, Brenda Knudson, Vickie Lee Melton, and Dennis Schollenberg, with each party to bear its own costs, including any claim for interest and/or attorney's fees.

DATED: June 30, 2008

_____
JUDGE OF THE DISTRICT COURT

1

**[PROPOSED] ORDER OF DISMISSAL**