Alfred J. Landegger, Esq. - State Bar No. 84419
Larry C. Baron - State Bar No. 153386
LANDEGGER, BARON & LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 986-7561
Facsimile: (818) 986-5147

Attorneys for Plaintiff First Mountain Bank

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MOUNTAIN BANK, | Case No.: ED-CV 00-00113-AHM (RZx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| | Judge: Hon A. Howard Matz |
| | Courtroom: 14 |
| DENNIS L. SHOLLENBURG, an individual; and HAZEL M. HAGY, an individual; VICKY L. MELTON, an individual; BRENDA KNUDSON, an individual, and ROBERT J. HAGY, an individual, and DOES 1 through 100, Inclusive, | |
| Defendants | |

  Pursuant to Federal Rules of Civil Procedure, rule 54, Defendants Dennis L. Shollenburg, Hazel M. Hagy, Vicky L. Melton, Brenda Knudson, and Robert J. Hagy are entitled to judgment against Plaintiff First Mountain Bank, based on the Stipulation of Dismissal and Order,

///

///

///

1
**[PROPOSED] JUDGMENT**

1     NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED

2 THAT:

3     All parties are to bear their own costs, including any claim for interest and/or

4 attorney's fees.

5 Dated: June 30, 2008

6                                                     _____

**Make JS-6**                        JUDGE OF THE DISTRICT COURT